IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wolfe, Lisa O

Printed: 5/6/08

Case Number: 06 B 04525
Judge: Wedoff, Eugene R
Filed: 4/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 20, 2008
Confirmed: June 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,476.41 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 9,607.63 |
| Administrative: |  | 2,235.00 |
| Trustee Fee: |  | 633.78 |
| Other Funds: |  | 0.00 |
| Totals: | 12,476.41 | 12,476.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mark D Weisman | Administrative | 2,235.00 | 2,235.00 |
| 2. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 30,584.35 | 9,607.63 |
| 5. | ECast Settlement Corp | Unsecured | 286.21 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 16,412.88 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 776.85 | 0.00 |
| 8. | Capital One | Unsecured | 1,062.39 | 0.00 |
| 9. | American Service Insurance Co | Unsecured | 4,172.15 | 0.00 |
| 10. | Matsumura, Kim L | Unsecured |  | No Claim Filed |
| 11. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 12. | Mt Oread Ventures | Unsecured |  | No Claim Filed |
| 13. | B & L Marketing | Unsecured |  | No Claim Filed |
| 14. | One Click Cash | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 55,529.83 | $ 11,842.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 142.27 |
| 4.8% | 228.12 |
| 5.4% | 263.39 |
|  | _____ |
|  | $ 633.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Wolfe, Lisa O

Printed:  5/6/08

Case Number:  06 B 04525
Judge:  Wedoff, Eugene R
Filed:  4/24/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

